

FILED
MAR 0 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENNETH HEATH,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-1836 OWW/GSA HC

NEIL ADLER, ET.AL.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____
_____
_____
_____

__X__  Denied for the following reason:

Petitioner seeking to challenge federal conviction under 28 USC §2241 instead of 28 USC §2255.

_____

Dated: 3-4-08

_____
OLIVER W. WANGER
United States District Judge